UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ERIC COLE,  )<br>  )<br>  Defendant.  ) | Case No. 24-CR-20012 |

### ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On February 7, 2025, a Report and Recommendation Concerning Plea of Guilty (#141) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Eric Cole's plea of guilty as to Counts 1 and 6 of the Indictment (#7) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for June 23, 2025, at 2:15 pm before this court.

ENTERED this 24th day of February 2025.

s/ *Colin S. Bruce*
COLIN S. BRUCE
U.S. DISTRICT JUDGE